UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRUCE HUNT | CIVIL ACTION |
| VERSUS | NO: 13-1017 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (2) |

| | |
|---|---|
| MARCINE RYENELL GOLDSMITH | CIVIL ACTION |
| VERSUS | NO: 17-3256 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (2) |

| | |
|---|---|
| THOMAS HINES, JR. | CIVIL ACTION |
| VERSUS | NO: 17-3280 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (1) |

| | |
|---|---|
| ANTHONY DEMOND JACKSON | CIVIL ACTION |
| VERSUS | NO: 17-3294 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (5) |

| | |
|---|---|
| TAIJAHRELL S. KENNER | CIVIL ACTION |
| VERSUS | NO: 17-3314 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (1) |

| | |
|---|---|
| JEREMY LADYDE MCGILL | CIVIL ACTION |
| VERSUS | NO: 17-3395 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (1) |
| VONSHEA REANEA CHATMAN | CIVIL ACTION |
| VERSUS | NO: 17-3646 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (1) |
| FRED JOE CONLEY | CIVIL ACTION |
| VERSUS | NO: 17-3650 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (2) |
| ERNEST J. GIUSTI, JR. | CIVIL ACTION |
| VERSUS | NO: 17-3996 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (1) |
| SAMUEL O'NEAL | CIVIL ACTION |
| VERSUS | NO: 17-4076 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (5) |
| JUANITA TOLER | CIVIL ACTION |
| VERSUS | NO: 17-4267 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (2) |

| | |
|---|---|
| JEREMY WATTS | CIVIL ACTION |
| VERSUS | NO:  17-4298 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (5) |
| HOWARD JONES | CIVIL ACTION |
| VERSUS | NO:  17-4380 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (1) |
| DAVID ALAN FLOURNOY, SR. | CIVIL ACTION |
| VERSUS | NO:  17-4396 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (2) |
| ELBERT LEE, JR. | CIVIL ACTION |
| VERSUS | NO:  17-4406 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (5) |
| JIMMIE THOMAS | CIVIL ACTION |
| VERSUS | NO:  17-4547 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (1) |
| MISHA N. SEWER | CIVIL ACTION |
| VERSUS | NO:  17-4581 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (5) |

| AARON WILLIS | CIVIL ACTION |
|---|---|
| VERSUS | NO:  17-4597 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (5) |

| KIMBERLY NICOLE TAYLOR | CIVIL ACTION |
|---|---|
| VERSUS | NO:  17-4603 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (5) |

| DEFORREST DARRELL THOMPSON | CIVIL ACTION |
|---|---|
| VERSUS | NO:  17-4611 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (1) |

| GLYNN CHARLES WALKER | CIVIL ACTION |
|---|---|
| VERSUS | NO:  17-4645 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (4) |

## **ORDER**

The captioned cases are B-3 medical cases arising out of the Deepwater Horizon oil spill.  Before the Court now are two identical motions filed in eac h of these cases by Defendants, BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP"):[1] a *Daubert Motion to Exclude the General Causation Opinions of Plaintiff's Expert, Dr. Jerald Cook* and a *Motion*

---

[1] Halliburton Energy Services, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, and Transocean Offshore Deepwater Drilling, Inc. join in both motions.

4

*for Summary Judgment.* Plaintiffs have filed identical oppositions. Having considered the motions and legal memoranda, the record, and the applicable law, the Court finds that both motions should be granted.

Both the *Daubert Motion* and the *Motion for Summary Judgment* filed in the above captioned cases are identical to motions this Court has previously granted in similar B-3 medical cases.[2] The Court is not alone in this conclusion, which is joined by at least seven other judges of this Court. In addition, the Fifth Circuit recently affirmed the reasoning adopted by this Court.[3] Even considering the supplemental memorandum in opposition,[4] which consists of irrelevant information as to the general causation issue as previously ruled on by this Court in similar B-3 medical cases, the Court's conclusion remains the same. Therefore, for the previous reasons cited by this Court as well as the seven other judges of this Court and the Fifth Circuit Court of Appeals, both the *Daubert Motion* and the *Motion for Summary Judgment* shall be granted.

Accordingly,

**IT IS ORDERED** that Defendants' *Daubert Motion to Exclude the General Causation Opinions of Plaintiff's Expert, Dr. Jerald Cook* in each of the above cases is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendants' *Motion for Summary Judgment* in each of the above cases is **GRANTED.**

---

[2] *See Baggett v. BP Expl. & Prod.*, No. 17-3030, R. Doc. 77; *see also Heathington v. BP Expl. & Prod.*, No. 17-4353, R. Doc. 82 (Barbier, J.); *Barkley v. BP Expl. & Prod.*, No. 13-995, R. Doc. 50 (Barbier, J.).
[3] *See Byrd v. BP Exploration & Production, Incorporated*, 2023 WL 4046280 (5th Cir. June 16, 2023).
[4] Filed in some of these cases.

**IT IS FURTHER ORDERED** that all claims of the Plaintiff in each of the above cases against Defendants, BP Exploration & Production Inc., BP America Production Company, BP p.l.c., Halliburton Energy Services, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, and Transocean Offshore Deepwater Drilling, Inc. are hereby **DISMISSED with prejudice**,

New Orleans, Louisiana this 30th day of June, 2023.

_____
Hon. Greg Gerard Guidry
United States District Judge